IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAY C. CRESSMAN, et al | : | CIVIL ACTION |
| vs. | | |
| LINCARE   HOLDINGS   INC. | : | 02-2783 |

**O R D E R**

BEFORE **HONORABLE  MARVIN  KATZ,**

AND NOW, this 28th day of OCTOBER, 2002, it is **ORDERED** that this case is fixed for a CIVIL JURY TRIAL to commence on **JANUARY   6,   2003 at   10:00 AM**   before the HONORABLE MARVIN KATZ, in Courtroom **13-B, 13th floor**, U.S. Courthouse, 601 Market Street, Philadelphia, Pa.


ATTEST:                                  or            BY  THE  COURT:


By: _____              _____
    Elizabeth M. Purnell,                           MARVIN   KATZ,   S. J.
    Courtroom Deputy Clerk



Faxed:  10/28/02
        G. J. Williams, Esq.
        C. J. Bloom, Esq.