IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAY C. CRESSMAN, et al.,<br>     Plaintiffs,<br><br>          v.<br><br>LINCARE HOLDINGS, INC.,<br>     Defendant. | CIVIL ACTION NO. 02-2783 |

**O R D E R**

**AND NOW,** this      day of November, 2002, upon consideration of Defendant's Motion for Judgment on the Pleadings and to Strike Plaintiffs' Demand for a Jury Trial and the response thereto, it is **ORDERED** that the court will submit the Whistleblower Law claim to the jury and request counsel to submit both proposed points for charge and proposed findings of fact and conclusions of law as specified in the court's Order of August 1, 2002, paragraphs 6 and 7.

BY THE COURT:

_____
**MARVIN KATZ, S.J.**