IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAY C. CRESSMAN, et al.,**<br>       **Plaintiffs,**<br><br>       **v.**<br><br>**LINCARE HOLDINGS, INC.,**<br>       **Defendant.** | **CIVIL ACTION NO. 02-2783** |

**O R D E R**

**AND NOW,** this 14th day of November, 2002, upon consideration of the request in the attached letter dated November 14, 2002, it is **ORDERED** that said request is **APPROVED**.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**