IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAY C. CRESSMAN & NICOLE BRENNAN,**<br>　　　**Plaintiffs,**<br><br>　　　v.<br><br>**LINCARE, INC.,**<br>　　　**Defendants.** | **CIVIL ACTION NO. 02-2783** |

**O R D E R**

**AND NOW**, this 22nd day of November, 2002, upon consideration of Defendants' Motion in Limine to Exclude Certain Evidence Regarding Plaintiffs' Whistleblower Reports, it is hereby **ORDERED** that said Motion is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**MARVIN KATZ, S.J.**